Eric M. Haley
Bankruptcy Trustee
Chapter 7 Bankruptcy Trustee
P.O. Box 13390
Scottsdale, AZ  85267
(602) 218-5136

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

In re:                                    ) CHAPTER 7
                                          )
BELL, TRENIQUE NASHEA                     ) CASE NO. 2:14-bk-09558-EPB
                                          )
                                          )
                                          ) PETITION TO PAY
        Debtor(s)                         ) DIVIDEND IN AMOUNT LESS
                                          ) THAN $5.00 TO THE CLERK OF
                                          ) THE U.S. BANKRUPTCY COURT

Eric M. Haley, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 000005 | Express Recovery Services<br>PO Box 26415<br>Salt Lake City, UT 84126 | $2.50 |

*February 8, 2016*                         */s/ Eric M. Haley*
        DATE                               Eric M. Haley, Trustee